IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02019-LTB

HAZHAR A. SAYED,

    Applicant,

v.

SUSAN JONES, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Applicant's letter requesting a copy of the Order of Dismissal (ECF No. 13) filed in this case on January 23, 2013.  Although the Court already mailed a copy of the January 23 order to Applicant at his current address, and that copy has not been returned to the Court as undeliverable, the clerk of the Court is directed to mail a second copy of the January 23 order to Applicant together with a copy of this minute order.

    Also before the Court is the motion (ECF No. 17) Applicant filed on February 6, 2013, requesting an extension of time in which to file an application for a certificate of appealability and an evidentiary hearing.  The request is DENIED as moot.  The January 23 order already dismissed this case and denied Applicant a certificate of appealability.  If he wishes, Applicant may seek a certificate of appealability in the United States Court of Appeals for the Tenth Circuit.

Dated:  February 7, 2013